UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOTTA OGUNDIMO, | ) | 1:09-cv-00231-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | SUBMIT A COMPLETED APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS WITHIN |
| v. | ) | TWENTY DAYS (DOC. 3) |
| | ) | |
| STEADFAST PROPERTY & DEVELOPMENT, | ) | ORDER DIRECTING THE CLERK TO SEND |
| | ) | TO PLAINTIFF A BLANK APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS FORM |
| Defendants. | ) | FOR A PERSON NOT IN CUSTODY |
| | ) | |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On February 5, 2009, Plaintiff lodged a complaint and an application to proceed in forma pauperis.

However, Plaintiff did not complete the application to proceed in forma pauperis. Plaintiff stated that within the past twelve months that she had received money from other sources, but she did not identify the source of money and state the amount

1

1  received and what she expects that she will continue to receive.
2      Title 28 U.S.C. § 1915(a)(1) provides that any court of the
3  United States may authorize the commencement, prosecution of
4  defense of any civil or criminal suit, action, proceeding, or any
5  appeal therein, without prepayment of fees or security therefor,
6  by a person who submits an affidavit that includes a statement of
7  all assets the person possesses and that the person is unable to
8  pay such fees or give security therefor. Id.; Floyd v. United
9  States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997),
10 modified on other grounds in Callihan v. Schneider, 178 F.3d 800,
11 801 (6th Cir. 1999). Here, because Plaintiff did not complete her
12 application, the Court cannot determine whether Plaintiff
13 qualifies financially to proceed in forma pauperis. However, the
14 Court will give Plaintiff an opportunity either to pay the filing
15 fee, or to submit a new application that is complete and that
16 gives the Court all the required information.
17     Accordingly, it IS ORDERED that no later than twenty days
18 after the date of service of this order Plaintiff SUBMIT a
19 completed application to proceed in forma pauperis OR PAY the
20 $350.00 filing fee; and the Clerk IS DIRECTED to send to
21 Plaintiff with this order a blank application to proceed in forma
22 pauperis for a person not in custody. Until receipt of the
23 application or the expiration of the time for filing such an
24 application, Plaintiff's complaint and other documents shall
25 remain lodged with the Court. However, the Court will not proceed
26 to process the action further until either the filing fee is
27 paid, or a completed application to proceed in forma pauperis is
28 received.

Plaintiff is warned that a failure to comply with this order will be considered to be a failure to comply with an order of the Court and may result in dismissal of her action.

IT IS SO ORDERED.

**Dated:   February 13, 2009**               /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE