UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO, et al., | ) 1:09-cv-00231-OWW-SMS |
| Plaintiffs, | ) DIRECTIONS TO PLAINTIFF CARLOTTA ) OGUNDIMO TO COMPLETE AND RETURN |
| v. | ) SERVICE DOCUMENTS TO THE CLERK ) WITHIN FIFTEEN DAYS |
| STEADFAST PROPERTY & DEVELOPMENT, INC., et al., | ) INFORMATIONAL ORDER TO PLAINTIFF ) REGARDING DISMISSAL OF THIS ) ACTION IF PLAINTIFF FAILS TO |
| Defendants. | ) FOLLOW THE ORDERS OF THE COURT |

Plaintiff Carlotta Ogundimo and her minor children are proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. On March 12, 2009, the Court directed Plaintiff to complete and return service documents according to the directions found on USM civil instructions, which were sent by the Clerk to Plaintiff with summons forms and the complaint on the same date. Plaintiff was instructed to complete the service documents and return them as instructed to

1

the Court so that the Clerk could forward them to the Marshal, who in turn would serve the complaint and related documents on Defendants for Plaintiff.

However, instead of following the instructions and completing the service documents and returning them as instructed, Plaintiff sent the Court what appears to be a proof of service, an indication that Plaintiff herself attempted to undertake service by mail of the documents on the Defendants by herself.

This has resulted in a delay in the service process.

Plaintiff IS DIRECTED to <u>follow the instructions in the USM Civil Instruction information</u> previously forwarded to her by the Clerk <u>and to return the service documents</u> as instructed <u>to the Clerk of this Court</u> no later than fifteen days after the date of service of this order in order for the Clerk to forward them to the Marshal for service.

The Court emphasizes that because Plaintiff is proceeding in forma pauperis, the Marshal, and not Plaintiff, will serve the action. However, the Marshal cannot do so until Plaintiff cooperates, follows the instructions already given, and returns the documents to the Court for forwarding to the Marshal for service.

Plaintiff's failure to cooperate and follow instructions has resulted in delay in the prosecution of this case as well as unnecessary expenditure of the resources of the Court.

**Plaintiff IS INFORMED that a failure to return the documents in a timely manner after completing them will be considered to be a failure to follow the Court's orders and instructions; this**

failure in turn will be considered to be a failure to comply with an order of the Court and will result in a recommendation that the action be dismissed for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:   March 25, 2009**          /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE