IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOTTA OGUNDIMO, et al.,** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br>     vs. ) <br> ) <br> ) <br> **STEADFAST PROPERTY AND** ) <br> **DEVELOPMENT,** ) <br> ) <br> ) <br>       **Defendant.** ) <br> ) <br>_____ ) | No. CV-F-09-231 OWW/SMS <br><br> ORDER STRIKING PLAINTIFF'S <br> MOTION OPPOSING MOTION FOR <br> SUMMARY JUDGMENT (Doc. 42) |

Plaintiff's motion opposing motion for summary judgment filed on September 10, 2009 (Doc. 42) is hereby STRICKEN. No motion for summary judgment has been filed by Defendant. If and when Defendant files a motion for summary judgment, Plaintiff will have the opportunity to oppose the motion in compliance with Rule 56, Federal Rules of Civil Procedure, and Rules 78-230 and 56-260, Local Rules of Practice.

Plaintiff is advised that Rule 83-183(a), Local Rules of Practice, provides:

1

> Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to individuals appearing <u>in propria persona</u>. Failure to comply therewith may be ground for dismissal ... or any other sanction appropriate under these Rules.

Plaintiff is further advised that she, as a non-attorney, cannot represent her minor children in this action. "[A] parent or guardian cannot bring an action on behalf of a minor child without retaining an attorney." *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir.1997).

IT IS SO ORDERED.

Dated:   September 21, 2009                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE