1    CARLOTTA OGUNDIMO
2    2655 WEST ALAMOS #118
     FRESNO, CA 93705
3    559-222-9047

4    Pro Se Plaintiff

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT FOR

9                   THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOTTA OGUNDIMO, et al.,            Case No.: 1:09-cv-00231-OWW-SMS

12            Plaintiffs,
                                           **STIPULATION AND ORDER TO**
13       vs.                               **CONTINUE HEARING ON PLAINTIFF'S**
                                           **MOTION FOR PRELIMINARY**
14   STEADFAST PROPERTY &                  **INJUNCTION**

15   DEVELOPMENT, INC.                     **Judge: Hon. Oliver Wanger**
                                           **Courtroom: 3**
16            Defendants.

17

18

19

20       **TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD**

21   **HEREIN**:

22                              STIPULATION

23    CARLOTTA OGUNDIMO, Pro Se Plaintiff (Ms. Ogundimo), and Defendants STEADFAST

24   PARK WEST, L.P., erroneously sued herein as STEADFAST PROPERTY & DEVELOPMENT,

25   INC., (referred to herein as STEADFAST) by and through its counsel, JESS BRESSI AND

26   RYAN STOTTLEMYER of the law firm of Luce, Forward, Hamilton & Scripps LLP, hereby

27   request, agree, and stipulate as follows:

28

STIPULATION AND ORDER TO CONTINUE HEARING ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com

1    1) Ms. Ogundimo filed a Request for Temporary Restraining Order and Motion for

2    Preliminary Injunction ("Motion") on September 10, 2009.  Ms. Ogundimo filed a Complaint for

3    Damages against STEADFAST on February 5, 2009.  Ms. Ogundimo's Motion is set for hearing

4    on December 10, 2009 in the above-captioned court before the Honorable Oliver Wanger, United

5    States District Court Judge.

6    2) At the last appearance on Ms. Ogundimo's Motion on October 22, 2009, the Court

7    granted Ms. Ogundimo a 30-day extension to allow Ms. Ogundimo the opportunity to locate

8    counsel for herself and the minors in her care.

9    3) Since that time, Ms. Ogundimo has been diligently working to secure counsel to

10   represent her and the minors in her care in the above-captioned matter now pending before the

11   Court.

12   4) Therefore, the parties respectfully request and agree that the Court continue the hearing

13   on Ms. Ogundimo's Motion from Thursday December 10, 2009 to Monday February 1, 2010 or

14   to a date convenient with the Court and the parties' calendars, to allow Ms. Ogundimo the

15   opportunity to work with Central California Legal Services, Inc., to investigate Ms. Ogunidmo's

16   claims against STEADFAST and assist Ms. Ogundimo with locating pro bono counsel to assist

17   her with her case.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**STIPULATION AND ORDER TO CONTINUE HEARING ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

PDF created with pdfFactory trial version www.pdffactory.com

5) The time to serve and file with the Court opposition and reply papers to the Motion shall be in accordance with the Local Rules for the United States District Court, Eastern District of California, as determined with reference to the new hearing date on the Motion.

Date: November 18, 2009

Respectfully Submitted,

/s/ CARLOTTA OGUNDIMO

_____
CARLOTTA OGUNDIMO
Pro Se Plaintiff

Date: November 18, 2009

Respectfully Submitted,

LUCE FORWARD HAMILTON & SCRIPPS LLP

/s/ JESS BRESSI

_____
JESS BRESSI
Attorneys for Defendant, Steadfast Park West, L.P., erroneously sued herein as Steadfast Property & Development, Inc.

## ORDER

IT IS SO ORDERED that the hearing on Plaintiff Carlotta Ogundimo's Request for Temporary Restraining Order and Motion for Preliminary Injunction ("Motion") scheduled for hearing on Thursday, December 10, 2009 is continued to Monday, February 1, 2010.  The Court further orders that the time to serve and file all opposition and reply papers relating to Ms. Ogundimo's Motion shall be in accordance with the Local Rules for the United States Court, Eastern District of California, as determined with reference to that date.

Date: November 19, 2009

/s/ OLIVER W. WANGER
HON. OLIVER WANGER
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com