Jess R. Bressi, State Bar No. 110264
Ryan C. Stottlemyer, State Bar No. 212632
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2050 Main Street, Suite 600
Irvine, California 92614
Telephone No.: 949.732.3700
Fax No.: 949.732.3739
E-Mail: jbressi@luce.com
E-Mail: rstottlemyer@luce.com

Attorneys for Defendant
STEADFAST PARK WEST, L.P.,
erroneously sued herein as
STEADFAST PROPERTY & DEVELOPMENT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA and MINOR CHILDREN OGUNDIMO,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST PROPERTY & DEVELOPMENT,<br><br>Defendant. | Case No. 1:09-CV-00231-OWW-SMS<br><br>HON. OLIVER W. WANGER<br><br>**ORDER RE: HEARING CONDUCTED ON FEBRUARY 22, 2010**<br><br>Complaint Filed: February 5, 2009<br>Trial Date: None set |

On February 22, 2010, the Court heard Plaintiff CARLOTTA OGUNDIMO's ("**Ms. Ogundimo**") additional/new complaints regarding housing/repairs in connection with her Motion for Preliminary Injunction (the "**Motion**"). Ms. Ogundimo, proceeding *pro se*, appeared via telephone. Ryan C. Stottlemyer of the law firm Luce, Forward, Hamilton & Scripps LLP, appeared via telephone on behalf of Defendant STEADFAST PARK WEST, L.P. ("**Steadfast**"), erroneously sued herein as STEADFAST PROPERTY & DEVELOPMENT.

The Court, having read and considered the papers in support of and in opposition to the Motion and the pleadings and other papers on file herein, and having heard and considered the arguments of the parties, hereby ORDERS as follows:

/ / / / /

1. No later than February 24, 2010, Ms. Ogundimo shall serve Steadfast's counsel via email and U.S. mail with a list/inventory of all repairs and/or maintenance that she believes are needed to her Unit at Nova Park West Apartments ("**Park West**") and any photographs, videos, and/or any other documentary evidence that she has taken since February 1, 2010, of the Unit and its surrounding area.

2. Ms. Ogundimo shall file with the Court the list/inventory identified in Paragraph 1 above no later than February 24, 2010.

3. No later than March 5, 2010, Steadfast shall inspect Ms. Ogundimo's Unit and the matters identified on the list/inventory identified in Paragraph 1 above. Steadfast shall take photographs of said matters during this inspection. Ms. Ogundimo is hereby ORDERED to allow Steadfast to enter her Unit and its surrounding area upon notice given the day before said inspection is to occur for purposes of allowing Steadfast to conduct said inspection.

4. No later than March 5, 2010, Steadfast shall file with the Court a report summarizing the results of the inspection identified in Paragraph 3 above. Steadfast shall serve Ms. Ogundimo with that report via overnight delivery no later than March 5, 2010.

5. Ms. Ogundimo has represented that she has arranged for an inspector to inspect the Unit and its surrounding area on March 8, 2010. It is hereby ORDERED that Steadfast may be present to observe that inspection. If any report is generated as a result of said inspection, Ms. Ogundimo shall serve that report on Steadfast's counsel via email and U.S. mail and file that report with the Court no later than two (2) days after the report is received by Ms. Ogundimo. If Steadfast receives that report instead of Ms. Ogundimo for any reason, then Steadfast shall serve Ms. Ogundimo with that report via overnight delivery and file with the Court that report no later than two (2) days after the report is received by Steadfast.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

6. Steadfast shall not complete any of the repairs and/or maintenance that may be needed following the conclusion of the inspections identified in Paragraphs 1 through 4 above, unless said repairs and/or maintenance is requested by Ms. Ogundimo and/or is required to protect the immediate health and safety of Ms. Ogundimo (if, for example, there is a pipe burst, broken window, etc.).

7. Following the Court's receipt of the documents and reports called for by this Order, the Court shall schedule a further hearing on the Motion.

8. In the event that the March 8, 2010 inspection results in any sort of notice, citation, or related document from a governmental agency that requires certain repairs and/or maintenance to be performed by Steadfast by an enumerated deadline, Steadfast may inform the Court of such by filing and serving a document entitled Notice of Governmental Agency Deadline that identifies the deadline established and requests authority to complete the repairs and/or maintenance by said deadline notwithstanding Paragraph 6 above.

**IT IS SO ORDERED.**

**Dated:   February 25, 2010**                              **/s/ Oliver W. Wanger**
                                                                                         **UNITED STATES DISTRICT JUDGE**