1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 | CARLOTTA and MINOR CHILDREN OGUNDIMO,

CASE NO. 1:09-cv-00231-OWW-SKO

12
Plaintiffs,

**INFORMATIONAL ORDER REGARDING AUGUST 13, 2010, HEARING ON DEFENDANT'S MOTION TO COMPEL THE DEPOSITION OF CARLOTTA OGUNDIMO**

13
v.

14

15 | STEADFAST PROPERTY & DEVELOPMENT,

16

17
Defendant.

18 | _____/

19          On July 26, 2010, Defendant Steadfast Property & Development filed a motion to compel

20 the deposition of Plaintiff Carlotta Ogundimo.  The hearing on the motion to compel is set for

21 August 13, 2010 at 9:30 a.m.

22          The parties may appear telephonically on August 13, 2010, by coordinating a conference call

23 prior to contacting the chambers of Magistrate Judge Sheila K. Oberto at (559) 499-5790 at the time

24 designated for the hearing.

25

26 IT IS SO ORDERED.

27 **Dated:   August 6, 2010**          _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE

28