# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CARLOTTA OGUNDIMO et. al., | CASE NO. 1:09-cv-00231-OWW-SKO |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S MOTION TO COMPEL THE DEPOSITION OF CARLOTTA OGUNDIMO** |
| v. | |
| STEADFAST PROPERTY & DEVELOPMENT, | |
| Defendant. | **(Docket No. 110)** |

## I. INTRODUCTION

Plaintiff Carlotta Ogundimo ("Plaintiff") is proceeding *in pro per* and *in forma pauperis* with an action for damages and other relief filed on February 5, 2009. The complaint alleges that Plaintiff and her minor children suffered, and continue to suffer, discriminatory housing practices and interference with their right to use and enjoy their residential dwelling in violation of the Federal Fair Housing Act, 42 U.S.C. §§ 3601 *et seq.*

On July 26, 2010, Defendant Steadfast Property & Development ("Defendant") filed a motion to compel the deposition of Plaintiff Carlotta Ogundimo. The matter came on regularly for hearing on August 13, 2010, and both parties appeared telephonically. The Court issued its ruling from the bench compelling the deposition of Plaintiff, with this written Order following the Court's oral ruling.

## II. DISCUSSION

On November 5, 2009, after negotiating with Plaintiff regarding a time and place to conduct her deposition, Steadfast served notice on Plaintiff that her deposition was scheduled for November 10, 2009, at 2:30 p.m. at the Woodward Park Library. Plaintiff did not appear for her scheduled deposition. On July 26, 2010, Defendant filed a motion to compel Plaintiff's deposition.

Defendant is entitled to take the deposition of Plaintiff Carlotta Ogundimo. Fed. R. Civ. P. 30(a)(1). **Plaintiff is cautioned that failure to appear for her deposition in violation of the following Court order is ground for sanctions, up to and including dismissal of her case. Fed. R. Civ. P. 37(b)(2)(v). The Court will recommend a case-terminating sanction if Plaintiff again fails to appear for her deposition.**

After consideration of the parties' pleadings and arguments at hearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall appear for her deposition on **October 6, 2010, at 9:00 a.m.** at the Federal Courthouse, if available, or in the alternative, at the Woodward Park Library or the office of a Court Reporter;

2. The parties may attempt to negotiate a deposition date **prior to October 6, 2010**, at a time or location different from that ordered above; however, should negotiations fail as to an alternative date, Plaintiff **must appear on October 6, 2010, at 9:00 a.m. at the Federal Courthouse, if available, or in the alternative, at the Woodward Park Library or the office of a Court Reporter;** and

3. The Settlement Conference currently set for October 26, 2010, is CONTINUED to November 18, 2010, at 10:30 a.m. in Courtroom 8 before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:   August 23, 2010**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE