# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO,<br><br>   Plaintiff,<br><br>   v.<br><br>STEADFAST PROPERTY & DEVELOPMENT,<br><br>   Defendant.<br>_____/ | CASE NO. 1:09-cv-00231 OWW-SKO<br><br>ORDER re FURTHER SETTLEMENT CONFERENCE |

This case is set for a Further Settlement Conference before Magistrate Judge Sheila K. Oberto on December 14, 2010, at 10:30 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721.

In accordance with the above,  IT IS HEREBY ORDERED that:

1. The parties shall appear with full settlement authority.

2. The parties are to send **updated** Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than December 7, 2010.  Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

IT IS SO ORDERED.

**Dated:   November 30, 2010**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

1