1 Jess R. Bressi, State Bar No. 110264
Ryan C. Stottlemyer, State Bar No. 212632

2 LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2050 Main Street, Suite 600

3 Irvine, California 92614
Telephone No.: 949.732.3700

4 Fax No.: 949.732.3739
E-Mail: jbressi@luce.com

5 E-Mail: rstottlemyer@luce.com

6 Attorneys for Defendant
STEADFAST PARK WEST, L.P.,

7 erroneously sued herein as STEADFAST PROPERTY & DEVELOPMENT

8

       **UNITED STATES DISTRICT COURT**

9

       **EASTERN DISTRICT OF CALIFORNIA**

10

11 CARLOTTA and MINOR CHILDREN OGUNDIMO,

        Case No. 1:09-CV-00231-OWW-SKO

12    Plaintiffs,

        HON. OLIVER W. WANGER

13    v.

        **ORDER DISMISSING WITH PREJUDICE ACTION PURSUANT TO JOINT STIPULATION**

14 STEADFAST PROPERTY & DEVELOPMENT,

15    Defendant.

16

17

18    IT IS HEREBY ORDERED that the Joint Stipulation for Dismissal with Prejudice, made by

19 and between STEADFAST PARK WEST, L.P., erroneously sued herein as STEADFAST

20 PROPERTY & DEVELOPMENT, and Plaintiff CARLOTTA OGUNDIMO, is hereby APPROVED.

21    IT IS FURTHER ORDERED that, with good cause appearing, the above-captioned action

22 is hereby dismissed with prejudice in its entirety. Each party shall pay its own attorneys' fees and

23 costs incurred in connection with this action.

24

25

26 IT IS SO ORDERED.

27  Dated:  **January 5, 2011**    **/s/ Oliver W. Wanger**

28         UNITED STATES DISTRICT JUDGE

501030430.1       1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

501030430.1                                                    2